# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

JOHN BARNHOUSE,

            Plaintiff,

v.

JOHN DOE HERNADES,

            Defendants.

CASE NO. C13-5771 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 4. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) This case is **DISMISSED without prejudice** for failure to prosecute pursuant to Local Rule CR 1.

Dated this 16th day December, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER